**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Cynthia Renee Greene and Daniel Keith, Defendants,

Of whom Cynthia Renee Greene is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-001227

---

Appeal From Georgetown County
Melissa J. Buckhannon, Family Court Judge

---

Unpublished Opinion No. 2021-UP-189
Submitted May 25, 2021 – Filed May 26, 2021

---

**AFFIRMED**

---

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Lucas Marion Oates, of South Carolina Department of Social Services, of Georgetown, for Respondent.

Joe Michael Crosby, of Crosby Law Firm, of Georgetown, for the Guardian ad Litem.

---

**PER CURIAM:** Cynthia Renee Greene appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Greene's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.